STATE of Missouri, Plaintiff/Respondent,

v.

Terry CAMPBELL, Defendant/Appellant.

No. ED 96378.

Missouri Court of Appeals, Eastern District, Division Three.

June 12, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 19, 2012.

Mary H. Moore, Jefferson City, MO, for Plaintiff/Respondent.

Andrew E. Zleit, St. Louis, MO, for Defendant/Appellant.

Before ROBERT G. DOWD, JR., P.J., MARY K. HOFF, J. and SHERRI B. SULLIVAN, J.

## ORDER

PER CURIAM.

Terry Campbell (Appellant) appeals from the trial court's judgment entered upon a jury verdict convicting him of first-degree burglary. We have reviewed the briefs of the parties and the record on appeal and conclude that there was sufficient evidence to support Appellant's conviction, and therefore the trial court did not err in denying his motion for judgment of acquittal and motion for new trial. We also conclude that the trial court did not err in overruling defense counsel's *Batson*[1] challenge to one of the State's per-

---

1. *Batson v. Kentucky*, 476 U.S. 79, 86, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986).

emptory strikes. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).